JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUY CHI LUONG, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 96 00094 <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF RESENTENCING** <br><br> Hearing:   July 31, 2009 <br> Time:      10:00AM <br> Court:     Hon. Marilyn Hall Patel |

    Due to a number of professional commitments, the parties hereby stipulate and agree to vacate the resentencing hearing currently scheduled for July 31, 2009 at 10:00AM and set the following schedule: the defendant will file a motion related to the interaction between the defendant's sentence in the Eastern District of California and his sentence in this case on August 14, 2009; the United States will reply by August 21, 2009; the defense will file a reply, if any, by August 25, 2009; and the hearing on that motion

//
//
//
//

Stipulation Re: Continuance of Re-Sentencing
CR 96 00094

1 | and resentencing of the defendant is reset to August 28, 2009 at 2:00PM.

3 | IT IS SO STIPULATED.

5 | DATED: July 30, 2009

/s
ROBERT DAVID REES
Assistant United States Attorney

8 | DATED: July 30, 2009

/s
DENNIS RIORDAN, ESQ.
Attorney for Defendant Luong

11 | IT IS SO ORDERED.

13 | DATED: __7/30/2009_____

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation Re: Continuance of Re-Sentencing
CR 96 00094                                    2