UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUY CHI LUONG,<br><br>    Defendant. | Case No. 96-cr-00094-JSW-2<br><br>**ORDER GRANTING MOTION TO REMOVE COUNSEL; REFERRAL FOR NEW APPOINTMENT; AND REQUIRING STATUS REPORT**<br><br>Re: Dkt. No. 2427 |

On January 15, 2021, Defendant filed a motion to appoint counsel for the purpose of assisting him with a motion to reduce sentence under 18 U.S.C. section 3582(c). The Court granted that motion on January 27, 2021. There had been no further action on the case until March 29, 2022, when Defendant filed a motion to disqualify counsel on the basis of irreconcilable differences. The Court GRANTS Defendant's motion, and shall refer this matter to the Federal Public Defender for appointment of new counsel, if Defendant remains eligible, solely for the limited purpose of filing a motion to reduce pursuant to 28 U.S.C. section 3582(c).

If new counsel is appointed, the Court HEREBY ORDERS the parties to meet and confer and to submit a joint status report addressing: (1) whether a motion will be filed; and (2) a proposed briefing schedule.

It is FURTHER ORDERED that the Clerk shall serve a copy of this Order on Defendant.

**IT IS SO ORDERED**.

Dated: April 1, 2022

                                                 _____
                                                 JEFFREY S. WHITE
                                                 United States District Judge

Cc: Ruben Deang (by email)